HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN KURTZ,<br><br>                    Plaintiff,<br><br>           v.<br><br>CAPGEMINI AMERICA, INC., GCI COMMUNICATION CORP., and GCI COMMUNICATION SERVICES, INC.,<br><br>                    Defendants. | NO.  C05-1817-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO CONTINUE CERTAIN CASE SCHEDULE DEADLINES |

The Court, having considered Plaintiff's Motion to Continue Certain Case Schedule Deadlines, and the balance of the Court's record and file in this action, does hereby ORDER that Plaintiffs' Motion to Continue Certain Case Schedule Deadlines is GRANTED.

The following deadlines in the Court's initial scheduling order are continued as follows:

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S
STIPULATED MOTION TO CONTINUE CERTAIN CASE
SCHEDULE DEADLINES - 1
CV 5-1817

HELSELL
FETTERMAN
*A Limited Liability Partnership*

1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

Rule 26(f) Conference:       January 9, 2006

Initial Disclosures:          January 16, 2006

Joint Status Report:          January 23, 2006

DATED this <u>1st</u> day of <u>December</u>, 2005.

<u>s/ Mary Alice Theiler</u>
UNITED STATES MAGISTRATE JUDGE

Presented by:

HELSELL FETTERMAN LLP

<u>/s/ Bradley H. Bagshaw</u>
WSBA #11729
Attorney for Plaintiffs

Agreed to:

SCHWABE WILLIAMSON & WYATT

<u>/s/ Stephanie Berntsen</u>
WSBA #33072
Attorney for Defendant Capgemini America, Inc.

[<s>PROPOSED</s>] ORDER GRANTING PLAINTIFF'S
STIPULATED MOTION TO CONTINUE CERTAIN CASE
SCHEDULE DEADLINES - 2
CV 5-1817



1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144